# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDY NEAL LLC., a Florida limited liability company**  -and-  **ANDREW NEAL,**  **Plaintiffs**  Against  **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States,**  **Defendant** | **JUDGE TIMOTHY J. KELLY**  **Case No.** 1:19-cv-01666  **APPLICATION FOR PRELIMINARY INJUNCTION POSTPONING THE EFFECTIVENESS OF THE REVOCATION** |

Plaintiffs apply to the Court for an exercise its authority under 5 U.S.C. § 705 and/or its inherent authority to issue injunctions preserving the status quo to postpone the effective date of the defendant's revocation of Andy Neal LLC's petition to classify Andrew Neal as an L-1A nonimmigrant pending a review of that decision under the Administrative Procedure Act.

Plaintiffs rely upon their Statement of the Specific Points of Law and Authority concurrently filed herewith in making this motion.

The plaintiffs further request pursuant to LCvR 65.1 for an expedited hearing on this matter no later than 21 days after the date of this hearing and in support of this motion states that as a result of USCIS's decision to revoke the L-1A petition, he is without lawful immigration status and so present in the United States in violation of the law. This state of affairs leaves Mr. Neal suffering harm that is "certain and great," as he is without legal status at this moment and

could, by law, be placed in removal proceedings at any time.  If Mr. Neal is forced to leave, he will be uprooted from his job, home, and community for an undetermined length of time." *Ruiz-Diaz v. United States*, No. C07-1881RSL, 2008 U.S. Dist. LEXIS 79217, 2008 WL 3928016, at *2 (W.D. Wash. Aug. 21, 2008) (holding that "halting the accrual of unlawful presence time and/or unauthorized employment for . . . class members" would "prevent irreparable harm to class members and their families"). This is time Mr. Neal would never get back, and a disruption to his life that could never be remedied, even if he were ultimately permitted to return to the United States after prevailing in this case. The harm is thus beyond remediation. *See Stellar IT Sols., Inc. v. United States Citizenship & Immigration Servs*., 2018 U.S. Dist. LEXIS 196284, *35-36, 2018 WL 6047413 (D.C.D.C. Nov. 19, 2018).

Accordingly it is respectfully requested that a hearing be scheduled on this application within 21 days.

Respectfully Submitted this 10th day of June, 2019.

/s/ *Michael E. Piston*
Michael E. Piston  (MI 002)
Attorney for the Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served upon the defendant in this action today by UPS next day delivery service at the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529


/s/ Michael E. Piston
Michael E. Piston  (MI 002)
Attorney for the Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com
Dated: June 10, 2019